NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 11-1360


MARGARET J. RENEAU

VERSUS

COLVIN J. RENEAU


**********

APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT
PARISH OF BEAUREGARD, NO. C-2009-0633
HONORABLE C. KERRY ANDERSON, DISTRICT JUDGE

**********

JAMES T. GENOVESE

JUDGE

**********

Court composed of John D. Saunders, James T. Genovese, and Phyllis M. Keaty, Judges.


APPEAL DISMISSED.

Dennis R. Sumpter
Sumpter Law Office
1003 South Huntington
Sulphur, LA 70663
(337) 527-5278
COUNSEL FOR DEFENDANT/APPELLANT:
        Colvin J. Reneau

**David L. Wallace**
**Attorney at Law**
**Post Office Box 489**
**DeRidder, LA 70634**
**(337) 462-0473**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
 **Margaret J. Reneau**

**GENOVESE, Judge.**

This court, *ex proprio motu*, issued an order for Defendant-Appellant, Colvin J. Reneau, to show cause, by brief only, why the appeal in this case should not be dismissed as having been taken from a partial judgment which has not been designated as immediately appealable pursuant to La.Code Civ.P. art. 1915(B). This court has received no response to the order. For the reasons which follow, we dismiss this appeal.

Plaintiff-Appellee, Margaret J. Reneau, filed the instant suit for divorce and, among other relief, prayed for periodic spousal support. The trial court entered a judgment of divorce on February 17, 2010. A Rule for Permanent Spousal Support was filed by Plaintiff on April 5, 2010. The trial court entered Judgment on Rules on May 26, 2011.

In the judgment of May 26, 2011, the trial court ruled that Plaintiff is "found to be free from fault in the separation of the parties and the termination of the marriage". Additionally, the trial court set the case for hearing before a family court hearing officer on June 23, 2011, and cast Defendant with all costs.

The record reflects that the hearing officer entered a recommendation following the June 23 hearing, and, on July 19, 2011, the trial court set a hearing for September 19, 2011, on Defendant's appeal of the hearing officer's recommendation. However, on July 19, 2011, Defendant also filed his Petition for Appeal seeking appellate review of the trial court's judgment signed May 26, 2011. The record in this appeal was lodged in this court on November 2, 2011, and this court issued its order for Defendant to show cause on November 4, 2011.

We find that the instant appeal must be dismissed. The judgment appealed from states that Plaintiff was not at fault in the separation of the parties and the termination of the marriage. Additionally, the judgment specifically sets this

matter for hearing on other issues remaining in the case. Therefore, the subject judgment is a partial judgment pursuant to La.Code Civ.P. art. 1915(B), and the trial court did not designate this judgment as immediately appealable. Accordingly, we dismiss the appeal at Defendant's cost.

**APPEAL DISMISSED.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION.
Rule 2-16.3 Uniform Rules, Court of Appeal.